**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Danielle L. Robinson<br>　　　　　Debtor<br><br>JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC<br>　　　　　Movant<br><br>　　　vs.<br><br>Danielle L. Robinson<br>　　　　　Respondent | BK NO. 16-18372 JKF<br><br>Chapter 13<br><br>Hearing Date:  02/09/17 |

# OBJECTION OF JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC
# TO CONFIRMATION OF CHAPTER 13 PLAN

JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.　Arrears are estimated to be $16,290.25, as will be shown on the POC that will be filed by the Bar date established by this court.

2.　Debtor's Plan provides for payment in the amount of $11,039.00 towards the arrearage claim of the Secured Creditor.

3.　Debtor's Plan understates the amount of the Secured Creditor's claim by $5,251.25, and does not provide sufficient funding to pay said claim including present value interest.

4.　Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5.　In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC, prays that the Court deny confirmation of the Debtor's Plan.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: December 23, 2016

　　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant