Certificate Number: 03088-PAE-DE-028613191

Bankruptcy Case Number: 16-18372



03088-PAE-DE-028613191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2017, at 9:15 o'clock AM CST, Danielle L Robinson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 13, 2017

By:  /s/Tina R. Lynch

Name:  Tina R. Lynch

Title:  Supervisor