United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18372-jkf
Danielle L Robinson                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan            Page 1 of 1            Date Rcvd: Jun 09, 2017
                              Form ID: 160          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
```
db            +Danielle L Robinson,    1736 N 61st Street,    Philadelphia, PA 19151-3923
13832103       Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
13832106       Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
13832108      +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13832109      +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
13832110      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    P.O. Box 790040,
               S Louis, MO 63179-0040
13832113      +Global Credit Network,    P.O. Box 3097,    Gaithersburg, MD 20885-3097
13901575      +JPMC Specialty Mortgage LLC,    c/o Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13832114      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13836750      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13832115      +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13832104       E-mail/Text: ebn@americollect.com Jun 10 2017 01:14:16      Americollect Inc,    P.O. Box 1566,
               1851 S Alverno Rd,    Manitowoc, WI 54221
13832105      +E-mail/Text: banko@berkscredit.com Jun 10 2017 01:13:23      Berks Credit & Collections,
               P.O. Box 329,    Temple, PA 19560-0329
13928112       E-mail/Text: bankruptcy@phila.gov Jun 10 2017 01:14:52      City of Philadelphia,
               School District of Philadelphia,    Law Department, Tax Unit,
               1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1595
13832111       E-mail/Text: bankruptcy@phila.gov Jun 10 2017 01:14:52      City of Philadelphia,    Tax Unit,
               Law Department,    1401 John. F Kennedy BLVD., 5th Floor,    Philadelphia, PA 19102
13832107      +E-mail/Text: bankruptcy@usecapital.com Jun 10 2017 01:15:13      Capital Accounts,
               P.O. Box 140065,    Nashville, TN 37214-0065
13832112      +E-mail/Text: bknotice@erccollections.com Jun 10 2017 01:14:12      ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13892542       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2017 01:17:42
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Danielle L Robinson brad@sadeklaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Danielle L Robinson
    Debtor(s)

Case No: 16–18372–jkf

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Court,

    on: 7/20/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 6/9/17

For The Court

Timothy B. McGrath
Clerk of Court

20 – 2
Form 160