IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Danielle L. Robinson

Case No.: 16-18372

Debtor(s)

Chapter 13

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 18.

Dated: June 29, 2017

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008