## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Danielle L. Robinson<br>       Debtor | CHAPTER 13 |
| JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC<br>       Movant<br>   vs. | NO. 16-18372 JKF |
| Danielle L. Robinson<br>       Debtor | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC, which was filed with the Court on or about **December 23, 2016**.

             Respectfully submitted,

             **/s/ Matteo S. Weiner, Esquire**
             Matteo S. Weiner, Esquire
             mweiner@kmllawgroup.com
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322

Dated: July 19, 2017