IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Danielle L Robinson | : | Case No.: 16-18372MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW AMENDED PLAN

TO THE COURT:

On behalf of the Debtor, please withdraw the Debtor's AMENDED Chapter 13 Plan, filed at Docket Number 43.


Dated: February 12, 2018          /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  "The Philadelphia Building"
                                  1315 Walnut Street, #502
                                  Philadelphia, PA 19107
                                  215-545-0008