UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>    Danielle Robinson<br><br>    Debtor (s) | :<br>:<br>:<br>:<br>: | Chapter 13<br><br>Case No.: 16-18372 MDC |
|---|---|---|

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _15th_ day of _February_, 2018 upon consideration of the Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman