United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18372-mdc
Danielle L Robinson                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: May 17, 2019
                               Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db          +Danielle L Robinson,    1736 N 61st Street,    Philadelphia, PA 19151-3923
13832103     Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,   Plano, TX 75024
13832106     Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
13832109    +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
13832110    +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,    P.O. Box 790040,
              S Louis, MO 63179-0040
13832113    +Global Credit Network,    P.O. Box 3097,    Gaithersburg, MD 20885-3097
13901575    +JPMC Specialty Mortgage LLC,    c/o Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13832114    +KML Law Group,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
13836750    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13832115    +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 18 2019 02:29:24     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2019 02:28:50
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2019 02:29:08     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13832104     E-mail/Text: ebn@americollect.com May 18 2019 02:29:00     Americollect Inc,   P.O. Box 1566,
              1851 S Alverno Rd,    Manitowoc, WI 54221
13832105    +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 18 2019 02:29:39
              Berks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
13928112     E-mail/Text: megan.harper@phila.gov May 18 2019 02:29:24     City of Philadelphia,
              School District of Philadelphia,    Law Department, Tax Unit,
              1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1595
13832111     E-mail/Text: megan.harper@phila.gov May 18 2019 02:29:24     City of Philadelphia,   Tax Unit,
              Law Department,    1401 John. F Kennedy BLVD., 5th Floor,    Philadelphia, PA 19102
13832107    +E-mail/Text: bankruptcy@usecapital.com May 18 2019 02:29:40     Capital Accounts,
              P.O. Box 140065,    Nashville, TN 37214-0065
13832108    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 18 2019 02:42:31     Capital One,
              P.O. Box 30285,    Salt Lake City, UT 84130-0285
13832112    +E-mail/Text: bknotice@ercbpo.com May 18 2019 02:28:58     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13892542     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2019 02:42:32
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Danielle L Robinson brad@sadeklaw.com, bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: May 17, 2019
                              Form ID: pdf900           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN G. MCDONALD   on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
         Mortgage LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
         Mortgage LLC bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                     TOTAL: 7

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIELLE L ROBINSON                              Chapter 13

              Debtor                Bankruptcy No. 16-18372-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16th___ day of ___May___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DANIELLE L ROBINSON

1736 N 61ST STREET

PHILADELPHIA, PA 19151